| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Krause, Cheryl A. | 2. Court or Organization<br><br>United States Court of Appeals for the Third Circuit | 3. Date of Report<br><br>02/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Court of Appeals Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☑ Nomination   Date 02/06/2014<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>01/21/2014 |
| 7. Chambers or Office Address<br><br>2929 Arch St.<br>Philadelphia, PA 19104 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Dechert LLP |
| 2. | Director | Committee of Seventy |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/31/2012 | Dechert LLP Partnership Agreement - Final distribution of 2014 Dechert LLP income to be made in April 2015 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | No reportable income | |
| 2. | 2013 | Dechert LLP - Salary (estimate - profit distribution to be finalized in April 2014) | $495,000.00 |
| 3. | 2012 | Dechert LLP - Salary | $458,168.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed service provider - GMECI LLC |
| 2. | 2013 | Self-employed service provider - GMECI LLC |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | L |
| 2. | Green Tree Financial | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. | City Mortgage | Mortgage on Rental Property #3, New York, NY (Part VII, line 6) | M |
| 4. | Wells Fargo | Mortgage on Rental Property #4, Ventnor City, NJ (Part VII, line 7) | M |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | USAA Accounts | A | Interest | M | T | Exempt | | | | |
| 2. | Wells Fargo Money Market Accounts | A | Interest | L | T | Exempt | | | | |
| 3. | Dechert LLP Salary Savings Plan | | None | M | T | Exempt | | | | |
| 4. | Rental Property #1, Philadelphia, PA | E | Rent | L | W | Exempt | | | | |
| 5. | Rental Property #2, Absecon, NJ | D | Rent | M | W | Exempt | | | | |
| 6. | Rental Property #3, New York, NY | E | Rent | M | W | Exempt | | | | |
| 7. | Rental Property #4, Ventnor City, NJ | D | Rent | M | W | Exempt | | | | |
| 8. | Bank of America Account | | None | K | T | Exempt | | | | |
| 9. | Russell Global Balanced Fund | | None | M | T | Exempt | | | | |
| 10. | Amarin Corp. PLC Common Stock | | None | J | T | Exempt | | | | |
| 11. | Apple Common Stock | B | Dividend | L | T | Exempt | | | | |
| 12. | Archer Daniels Midland Common Stock | A | Dividend | J | T | Exempt | | | | |
| 13. | Arena Pharmaceuticals Common Stock | | None | L | T | Exempt | | | | |
| 14. | BluePhoenix Solutions Common Stock | | None | J | T | Exempt | | | | |
| 15. | BTU International Inc. Common Stock | | None | J | T | Exempt | | | | |
| 16. | CenturyLink Inc. Common Stock | B | Dividend | L | T | Exempt | | | | |
| 17. | Delta Air Lines Inc. Common Stock | A | Dividend | K | T | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 02/06/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dendreon Corp. Common Stock | | None | J | T | Exempt | | | | |
| 19. DuPont Fabros Technology Common Stock | A | Dividend | J | T | Exempt | | | | |
| 20. Fidelity Select Money Market Portfolio | A | Dividend | K | T | Exempt | | | | |
| 21. Frontier Communications Common Stock | B | Dividend | K | T | Exempt | | | | |
| 22. Furmanite Corp. Common Stock | | None | L | T | Exempt | | | | |
| 23. GSE Systems Inc. Common Stock | | None | J | T | Exempt | | | | |
| 24. Highland Capital L/S Healthcare Fund A Shares (529 Plan) | | None | J | T | Exempt | | | | |
| 25. Highland Capital L/S Healthcare Fund C Shares (529 Plan) | | None | K | T | Exempt | | | | |
| 26. Highland Capital L/S Healthcare Fund Z Shares | | None | K | T | Exempt | | | | |
| 27. Innovative Solutions Common Stock | | None | J | T | Exempt | | | | |
| 28. IVA Worldwide Fund A Shares (529 Plan) | | None | J | T | Exempt | | | | |
| 29. IVA Worldwide Fund C Shares (529 Plan) | | None | K | T | Exempt | | | | |
| 30. IVA Worldwide Fund I Shares | B | Dividend | M | T | Exempt | | | | |
| 31. Magnetek Inc. Common Stock | | None | J | T | Exempt | | | | |
| 32. Mannkind Corp. Common Stock | | None | K | T | Exempt | | | | |
| 33. Microstrategy Inc. Common Stock | | None | J | T | Exempt | | | | |
| 34. Nuance Communications Common Stock | | None | L | T | Exempt | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 02/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Petroleo Brasileiro SA (ADR) Common Stock | A | Dividend | J | T | Exempt | | | | |
| 36. Powersecure International Common Stock | | None | L | T | Exempt | | | | |
| 37. Retractable Tech. Inc. Common Stock | | None | J | T | Exempt | | | | |
| 38. RTI International Metals Inc. Common Stock | | None | J | T | Exempt | | | | |
| 39. Sonic Foundry Inc. Common Stock | | None | K | T | Exempt | | | | |
| 40. Student Transportation Common Stock | A | Dividend | J | T | Exempt | | | | |
| 41. Unisys Corp. Common Stock | | None | J | T | Exempt | | | | |
| 42. Universal Health Realty Income Trust | A | Dividend | J | T | Exempt | | | | |
| 43. Vivus Inc. Common Stock | | None | K | T | Exempt | | | | |
| 44. Walter Energy Inc. Common Stock | A | Dividend | J | T | Exempt | | | | |
| 45. Yahoo Common Stock | | None | J | T | Exempt | | | | |
| 46. inc Networks LLC | | None | K | T | Exempt | | | | |
| 47. MIT 4G LLC | | None | K | T | Exempt | | | | |
| 48. State of Israel Bond | A | Interest | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 02/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 02/06/2014 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cheryl A. Krause**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 307 | 748 | Notes payable to banks-secured (autos) | | 23 | 829 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 180 | 521 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 57 | 500 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 1 | 863 | 861 |
| Real estate owned – see schedule | 2 | 437 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 84 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 293 | 252 | | | | |
| Dechert LLP Salary Savings Plan | | 168 | 852 | | | | |
| | | | | Total liabilities | 1 | 887 | 690 |
| | | | | Net Worth | 2 | 641 | 683 |
| Total Assets | 4 | 529 | 373 | Total liabilities and net worth | 4 | 529 | 373 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |